905 A.2d 871

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MARKEICH JOHNSON, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).

905 A.2d 872

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ANTHONY MONTGOMERY, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).

905 A.2d 872

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. CARL R. SUYDAM, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).